FILED
U.S. DIST COURT
MIDDLE DIST. OF LA

2004 MAY 12 P 2:42

SIGN DC
BY DEPUTY CLERK

A COMPLAINT UNDER THE CIVIL RIGHTS ACT
42 U.S.C. §1983

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

ROBERT EVERIDGE

321009
Inmate (DOC) number

04-313-A-M2

(Enter above the full name of each plaintiff in this action.)

VERSUS

Carlton Nettles, Maj.
Frank Barber, Lt.
Chad Hukins, Lt., Nikki Spillman, Sgt.

Burl Cain, Warden

Richard Stadler, Secretary (DOC)

(Enter above the full name of each defendant in this action.)

Instructions for Filing Complaint by Prisoners
Under the Civil Rights Act, 42 U.S.C. §1983.

This packet includes two copies of a complaint form and one copy of the pauper affidavit.

IF YOU ARE A PARISH PRISONER, you must file an original and one copy of your complaint for each defendant you name. For example, if you name two defendants, you must file the original and two copies of the complaint. You should also keep an additional copy of the complaint for your own records.

IF YOU ARE A D.O.C. PRISONER, you must file an original and one copy of your complaint. If the defendants are still employed by the Department of Public Safety and Corrections, only one service copy is needed. Otherwise, you must supply a copy of the complaint and the service address for each defendant no longer employed by the Department of Public Safety and Corrections.

**All copies of the complaint must be identical to the original.**

The names of **all parties** must be listed in the caption and in part III of the complaint **exactly the same**.

| INITIALS | DOCKET# |
|---|---|
| SH | 1 |

In order for this complaint to be filed, it must be accompanied by the filing fee of $ 120.00. In addition, the United States Marshal will require you to pay the cost of serving the complaint on each of the defendants.

If you are unable to pre-pay the filing fee and service costs, you may petition the court to proceed in forma pauperis. For this purpose, a pauper affidavit is included in this packet. You must sign the affidavit, and obtain the signature of an authorized officer certifying the amount of money in your inmate account. If pauper status is granted, you will be required to pay an initial partial filing fee and thereafter, prison officials shall be ordered to forward monthly payments from your inmate account until the entire filing fee is paid.

You will note that you are required to give facts. THIS COMPLAINT SHOULD NOT CONTAIN LEGAL ARGUMENTS OR CITATIONS. ALSO, DO NOT INCLUDE EXHIBITS.

When you have completed these forms, mail the original and copies to the Clerk of the United States District Court for the Middle District of Louisiana, P. O. Box 2630, Baton Rouge, La. 70821.

I. Previous Lawsuits

A. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to your imprisonment?
Yes ( ) No (X)

B. If your answer to A is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

1. Parties to this previous lawsuit
Plaintiff(s): N/A ____________

Defendant(s): ____________

2. Court (if federal court, name the district; if state court, name the parish):
N/A ____________

3. Docket number: 04-92-B-M2

4. Name of judge to whom case was assigned: N/A

5. Disposition (for example: Was the case dismissed? Was it appealed? Is it still pending?):
N/A

6. Date of filing lawsuit: N/A
7. Date of disposition: N/A
C. Have you had any previously filed federal lawsuits or appeals, whether or not related to the issues raised in this complaint, dismissed by any federal court as frivolous, malicious, or for failure to state a claim for which relief can be granted?
Yes ( ) No (x)

If your answer is yes, list the civil action numbers and the disposition of each case. You must identify in which federal district or appellate court the action was brought.

II. Place of present confinement: Louisiana State Penitentiary

A. Is there a prisoner grievance procedure in this institution?
Yes (x) No ( )

B. Did you present the facts relating to your complaint in the state prisoner grievance procedure?
Yes (x) No ( )

C. If your answer is Yes:

1. Identify the administrative grievance procedure number(s) in which the claims raised in this complaint were addressed. Filed a DB Appeal. Also filed an ARP, showing no justification for attack.
2. What steps did you take? DB Appeal & ARP

3. What was the result? Denied

D. If your answer is No, explain why not:

III. Parties
(In Item A below, place your name in the first blank and place your present address

in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff(s) Robert Everidge, #321009
Address Main Prison, CBC, LA State Prison, Angola, 70712
In Item B below, place the full name of the defendant in the first blank, his official position in the second blank, and his place of employment in the third blank. Use Item C for the names, positions, and places of employment of any additional defendants.

B. Defendant Carlton Nettles, Maj. is employed as Corrections OFficer at DCI at ______

C. Additional Defendants: Frank Barber, Lt. LSP
Nikki Spillman, Sgt., LSP
Chad HUkins, Lt., LSP

IV. Statement of Claim

State here as briefly as possible the facts of your case. Describe how each defendant is involved. Include also the names of other persons involved, dates, and places. **Do not given any legal arguments or cite any cases or statutes.** If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. (Use as much space as you need. Attach extra sheets if necessary.)

SEE ATTACHED

ON MAY 22, 2003, AT APPROXIMATELY 2:00 P.M. , I ROBERT EVERIDGE #321009, ENTERED TIGER 3/4 WORKING BOOTH TO MAKE MINISTER ROUNDS FOR THE ISLAMIC COMMUNITY. SGT. SPILLMAN APPROACHED ME, PUSHING ME WITH BOTH HANDS SAYING "LIPS" IT'S TOO LATE, CAN'T SEE YOU SEE WE'RE BUSY (WANTING TO PLAY). I SAID GO AHEAD SGT. NIKKI. THEN SGT. MURRAY SAID COME ON NIKKI. SGT. NIKKI APPROACHED ME AGAIN AND ASKED WOULD I HELP BRING SOME "CLOTHES BAGS" ON THE TIER AND I UNINTENTIONALLY BUMPED INTO HER AND SAID EXCUSE ME. THEN SHE SAID YOU TOUCHED MY BUTT AND I SAID "NO" THEN SHE LEFT. "EMMITTE HILL" TOLD ME SGT. NIKKI SAID THAT I TOUCHED HER BUTT AND MOMENTS LATER SHE CAME AND SAID SHE WAS WRITING ME UP. I WAS IN THE LOBBY TALKING WITH SGT. MURRAY WHEN A LOUD KNOCK HIT THE DOOR. LT. BARBER AND MAJOR NETTLES CAME THROUGH THE DOOR, APPROACHED ME AND STARTED PHYSICALLY ASSAULTING ME BY HITTING ME. I FELL ON THE FLOOR AND LT. BARBER HANDCUFFED ME AND BOTH OFFICERS CONTINUED HITTING AND KICKING ME IN MY BACK AND RIBS. I WAS ALSO STRUCK IN THE BACK AND RIBS WITH A CHAIR. MOMENTS LATER THEY BROUGHT ME ON TIGER 1 & 2 SIDE AND THAT'S WHERE LT. CHAD CAME UP TO ME AND HIT ME IN MY FACE AND SAID IF SHE SAID YOU DID IT, YOU DID. AFTER THAT MAJ. NETTLES LOOKED AT ME AND CURSED ME AND KICKED ME RIGHT IN MY NECK WHILE I WAS STILL HANDCUFFED (SITTING ON A WATER COOLER). THEN SGT. GROOM TRANSPORTED ME TO THE TREATMENT CENTER WHERE THEY TOOK X-RAYS OF MY BACK AND SWOLLEN RIBS. I WAS ALSO GIVEN A PAIN PILL AND TOLD I WAS "FINE". AFTER THANT I WAS TRANSFERRED TO CAMP J LOCKDOWN FOR NO REASON AT ALL.

LT. BARBER WAS THE FIRST PERSON TO ATTACK ME AT CAMP C - TIGER 2/4 WORKING CELLBLOCK ON MAY 22, 2003.

MAJOR NETTLES WAS THE SECOND PERSON TO ATTACK ME AND HE WAS ASSISTING LT. BARBER IN PHYSICALLY ASSAULTING ME ON MAY 22, 2003.

LT. NUKINS HIT ME IN MY FACE WHILE ON CAMP C - TIGER 1 & 2 SIDE ON MAY 22, 2003.

MAJOR NETTLES AGAIN ATTACKED ME ON TIGER 1 & 2 SIDE AND KICKED ME IN MY NECK ON MAY 22, 2003.

SGT. NIKKI SPILLMAN IS THE PERSON WHO FABRICATED THE DISCIPLINARY REPORT AND LIED AND SAID I TOUCHED HER BUTT ON MAY 22, 2003, AND NOW HAS CAME BACK AND RECANTED HER STATEMENT.

WITNESSES THAT SEEN THE BEATING INCIDENT ON MAY 22, 2003 ARE LISTED BELOW.

1). SERGEANT CLAYTON MURRAY - CAMP C TIGER - 3/4 SIDE

2). SERGEANT NIKKI SPILLMAN - CAMP C TIGER - 3/4 SIDE

3). EMMITTHILL - CAMP C TIGER - 3/4 SIDE

4). CRAIG HANKEN - CAMP C TIGER - 3/4 SIDE

5). RICKY SHACKLES - CAMP C TIGER - 3/4 SIDE

6). SGT CELL - CAMP C TIGER - 1 & 2 SIDE

7). SGT. DUCK - CAMP C TIGER - 1 & 2 SIDE

V. Relief SEE: ATTACHED

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes. Attach no exhibits.

See ATTACHED

VI. Plaintiff's Declaration

1. I understand that I am prohibited from bringing a civil action in forma pauperis if, while I was incarcerated or detained in any facility, I have brought three or more civil actions or appeals in a court of the United States that were dismissed on the grounds that they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am in imminent danger of serious physical injury.

2. I understand that even if I am allowed to proceed in forma pauperis, I am responsible for paying the entire filing fee and any costs assessed by the Court, which, after payment of the partial initial filing fee, shall be deducted from my inmate account by my custodian in installment payments as prescribed by law.

3. I understand that if I am released or transferred, it is my responsibility to keep the Court informed of my whereabouts and failure to do so may result in this action being dismissed with prejudice.

Signed this 10 day of MAY, 2004.

Robert Everidge
Signature of plaintiff(s)

ADDITIONAL PAGE TO 1983 FORM - ROBERT EVERIDGE #321009

RELIEF:

1). THAT I BE PAID $10,000. 00 FROM FRANK BARBER FOR THE BRUTALITY AND USE OF EXCESSIVE FORCE.

2). THAT I BE PAID $10,000.00 FROM CARLTON NETTLES FRO THE BRUTALITY AND EXCESSIVE FORCE USED AGAINST ME.

3) THAT I BE PAID AN ADDITIONAL $100.00 FOR EACH DAY I STAY AT CAMP J FOR CRUEL AND UNUSUAL PUNISHMENT.

4). THAT THE RULE #21 AGGRAVATED SEX OFFENSE BE DISMISSED AND EXPUNGED FROM MY PRISON RECORD.

5) THAT I BE ABLE TO GO BACK TO CAMP C WITH MY PRISON WORKING ASSIGNMENT AS A CELLBLOCK MINISTER AND ORDERLY.

6). THAT LT. NUKINS PAID ME $1,000.00 FOR THE BRUTALITY AND PHYSICAL BODY HARM AGAINST ME.

7). THAT I BE PAID $5,000.00 FROM NIKKI SPILLMAN FOR FABRICATING A DISCIPLINARY REPORT AND CAUSING ME TO BE A VICTIM OF THE BRUTALITY AND EXCESSIVE FORCE FOR HER LYING.

8). I LIKE CRIMINAL CHARGES TO BE FILED AGAINST ALL PARTIES.

a. If the answer is yes, state the amount of your salary or wages per month, and give the name and address of your employer. ______________________

b. If the answer is no, state the date of last employment and the amount of the salary and wages per month which you received. ______________________

2. Have you received within the past twelve months any money from any of the following sources?

a. Business, profession, or form of self-employment (hobby craft sales included)? YES ( ) NO (✓)

b. Rent payments, interest or dividends? YES ( ) NO (X)

c. Pensions, annuities or life insurance payments? YES ( ) NO (X)

d. Gifts or inheritances? YES ( ) NO (X)

e. Any other sources? YES ( ) NO (X)

If the answer to any of thee above is yes, describe each source of money and state the amount received from each during the past 12 months. N/A

3. Do you own any cash, or do you have money and/or bonds in a checking or savings account? (Include any funds in prison accounts.) YES (X) NO ( ). If the answer is <u>YES</u>, state the total value of the items owned.

Prison Drawing Account $ 398.66

Prison Savings Account:

A. Cash 66.96

B. Bonds -0-

Other (specify) ______________________

4. Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishing and clothing)? YES ( ) NO (X)

If the answer is yes, describe the property and state its approximate value. N/A

5. List the persons who are dependent upon you for support, state your relationship to those person, and indicate how much you contribute toward their support. N/A

I declare under penalty of perjury that the foregoing is true and correct.

I understand that a false statement or answer to any question in this affidavit will subject me to penalties for perjury.

1/13/04
Date

x Robert Cueridge
Signature of Plaintiff

**STATEMENT OF ACCOUNT**
**(Certified Institutional Equivalent)**

I hereby certify that ROBERT ENERIDGE, inmate number 321009, the plaintiff herein has the following sums of money on account to his credit at LSP ________________________, the institution where he is confined:

Prison Drawing Account: $ 398.66

Prison Savings Account: $ 66.96

A. Cash ↙

B. Bonds -0-

I further certify that the average monthly deposits for the preceding six months is $ 21.67.

(*The average monthly deposits are to be determined by adding the deposits made during a given month and dividing that total by the number of deposits made during that month. This is repeated for each of the six months. The average from each of the six months are to be added together and the total is to be divided by six.)*

I further certify that the average monthly balance for the prior six months is $ 422.17.

(*The average monthly balance is to be determined by adding each day's balance for a given month and dividing that total by the number of days in that month. This is to be repeated for each of the six months. The balance from each of the six months are to be added together and the total is to be divided by six.)*

DATE
JAN 13 2004
CERTIFIED

Date Certified

Kathy Calvert
Signature of Authorized Officer of Institution